IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
NO. 1:18-CV-325

| | |
|---|---|
| RICHARD E. WINGATE, ADMINISTRATOR OF THE ESTATE OF OLIVIA JADE WINGATE,<br>Plaintiff,<br><br>v.<br><br>A A A FREIGHT, INC. and IVAN MILOSAVLJEVIC.<br>Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiff and Defendants, jointly by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and do hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own costs.

This the 21st day of February, 2019.

FINK & HAYES, PLLC

By: /s/ Andrew Fink
ANDREW W. FINK
State Bar No. 16625
521 East Blvd.
Charlotte, NC 28203
Phone: (704) 577-9236
Fax: (704) 714-6501
andy@finkhayeslaw.com
*Attorneys for Plaintiff*

YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Michael S. Rainey
MICHAEL S. RAINEY
State Bar No. 37009
Post Office Box 31627
Raleigh, North Carolina 27622
Phone (919) 782-6860
Fax: (919) 782-6753
michael.rainey@youngmoorelaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he electronically filed the foregoing document with the Clerk of Court using the CM/ECF system thereby serving the attorneys below.

This 21st day of February, 2019.

YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Michael S. Rainey

MICHAEL S. RAINEY
State Bar No. 37009
Post Office Box 31627
Raleigh, North Carolina 27622
Phone: (919) 782-6860
Fax: (919) 782-6753
msr@youngmoorelaw.com
*Attorneys for Defendants*

Served on:

Andrew W. Fink
FINK & HAYES, PLLC
521 East Blvd.
Charlotte, NC 28203
*Attorneys for Plaintiff*

4643427/554-025